# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| BRIAN K ROGERS,<br>    Plaintiff,<br>v.<br>DONALD C YONCE,<br>    Defendant, and<br>SOLARWINDS NET INC,<br>    Defendant. | **No. CJ-2007-7863**<br>**(Civil relief more than $10,000:**<br>**BREACH OF CONTRACT/QUASI CONTRACT)**<br><br>Filed: 11/26/2007<br><br>Judge: Shallcross, Deborah C. |

## Parties

ROGERS, BRIAN K , Plaintiff
SOLARWINDS NET INC , Defendant
YONCE, DONALD C , Defendant

## Attorneys

| **Attorney** | **Represented Parties** |
|---|---|
| Burkhardt, John A.(Bar # 1336)<br>500 ONEOK PLAZA<br>100 W 5TH ST<br>TULSA, OK 74103 | ROGERS, BRIAN K |
| Hilscher, Gerald(Bar # 4218)<br>100 W. 5TH<br>SUITE 500<br>TULSA, OK 74103 | ROGERS, BRIAN K |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: BREACH OF CONTRACT/QUASI CONTRACT (CONTRACT)
Filed by: ROGERS, BRIAN K
Filed Date: 11/26/2007

**Party Name:** **Disposition Information:**

**Defendant:** YONCE, DONALD C    Pending.

**Defendant:** SOLARWINDS NET INC    Pending.

**Issue # 2.**

Issue: VIOLATION OF OKLA LABOR PROTECTION LAWS (OTHER)
Filed by: ROGERS, BRIAN K
Filed Date: 11/26/2007

**Party Name:** **Disposition Information:**

**Defendant:** YONCE, DONALD C    Pending.



**Defendant:** SOLARWINDS   Pending.
NET INC

**Issue # 3.**                      Issue: PROMISSORY & EQUITABLE ESTOPPEL (OTHER)
                                    Filed by: ROGERS, BRIAN K
                                    Filed Date: 11/26/2007
            **Party Name:**         **Disposition Information:**

            **Defendant:** YONCE, DONALD Pending.
            C

            **Defendant:** SOLARWINDS   Pending.
            NET INC

**Issue # 4.**                      Issue: BREACH OF CONVENANT OF GOOD FAITH & FAIR
                                    DEALING (OTHER)
                                    Filed by: ROGERS, BRIAN K
                                    Filed Date: 11/26/2007
            **Party Name:**         **Disposition Information:**

            **Defendant:** YONCE, DONALD Pending.
            C

            **Defendant:** SOLARWINDS   Pending.
            NET INC

**Issue # 5.**                      Issue: FRAUD & CONSTRUCTIVE FRAUD (FRAUD)
                                    Filed by: ROGERS, BRIAN K
                                    Filed Date: 11/26/2007
            **Party Name:**         **Disposition Information:**

            **Defendant:** YONCE, DONALD Pending.
            C

            **Defendant:** SOLARWINDS   Pending.
            NET INC

**Issue # 6.**                      Issue: CONSTRUCTIVE TRUST/EQUITABLE LIEN (OTHER)
                                    Filed by: ROGERS, BRIAN K
                                    Filed Date: 11/26/2007
            **Party Name:**         **Disposition Information:**

            **Defendant:** YONCE, DONALD Pending.
            C

            **Defendant:** SOLARWINDS   Pending.
            NET INC

**Issue # 7.**                      Issue: UNJUST ENRICHMENT & ACCOUNTING (OTHER)
                                    Filed by: ROGERS, BRIAN K
                                    Filed Date: 11/26/2007
            **Party Name:**         **Disposition Information:**

            **Defendant:** YONCE, DONALD Pending.
            C

            **Defendant:** SOLARWINDS   Pending.
            NET INC

**Issue # 8.**                      Issue: BREACH OF FIDUCIARY DUTIES & KNOWNINGLY
                                    ASSISTING BREACH (DUTY)

Filed by: ROGERS, BRIAN K
Filed Date: 11/26/2007

**Party Name:**      **Disposition Information:**

**Defendant:** YONCE, DONALD Pending.
C

**Defendant:** SOLARWINDS     Pending.
NET INC

**Issue # 9.**       Issue: CONSTRUCTIVE TRUST/EQUITABLE LIEN (OTHER)
Filed by: ROGERS, BRIAN K
Filed Date: 11/26/2007

**Party Name:**      **Disposition Information:**

**Defendant:** SOLARWINDS     Pending.
NET INC

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|------|------|-------|-------|----------|-----------|-----------|---|---|
| 11-26-2007 | TEXT | 1 | | 65434989 | Nov 26 2007 11:44:22:477AM | OSCN\DimitaFarmer | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | | |
| 11-26-2007 | CONTRACT | - | | 65434991 | Nov 26 2007 11:44:22:507AM | OSCN\DimitaFarmer | Realized | $ 0.00 |
| | BREACH OF AGREEMENT - CONTRACT | | | | | | | |
| 11-26-2007 | DMFE | - | | 65434992 | Nov 26 2007 11:44:22:507AM | SYSTEM\Autodocket | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | | |
| 11-26-2007 | PFE1 | - | | 65434993 | Nov 26 2007 1:45:11:320PM | OSCN\CarolynCarter | Realized | $ 150.00 |
| | PETITION($ 150.00) | | | | | | | |
| | *Document Available at Court Clerk's Office (#1005999308)* | | | | | | | |
| 11-26-2007 | PFE7 | - | | 65434994 | Nov 26 2007 11:44:22:507AM | SYSTEM\Autodocket | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | | |
| 11-26-2007 | OCISR | - | | 65434995 | Nov 26 2007 11:44:22:507AM | SYSTEM\Autodocket | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | | |
| 11-26-2007 | CCADMIN | - | | 65434996 | Nov 26 2007 11:44:22:507AM | SYSTEM\Autodocket | Realized | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00) | | | | | | | |
| 11-26-2007 | CHAB | - | | 65434997 | Nov 26 2007 11:44:22:507AM | SYSTEM\Autodocket | Realized | $ 10.00 |
| | C.H.A.B. STATUTORY FEE($ 10.00) | | | | | | | |
| 11-26-2007 | AGVSU | - | | 65434998 | Nov 26 2007 11:44:22:507AM | SYSTEM\Autodocket | Realized | $ 3.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT($ 3.00) | | | | | | | |

| Date | | | | Receipt | Timestamp | User | Status | Amount |
|------|---|---|---|---------|-----------|------|--------|--------|
| 11-26-2007 | CCADMIN03 | - | | 65434999 | Nov 26 2007 11:44:22:507AM | SYSTEM\Autodocket | Realized | $ 0.30 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.30)

| 11-26-2007 | LTF | - | | 65435000 | Nov 26 2007 11:44:22:547AM | OSCN\DimitaFarmer | Realized | $ 10.00 |

LENGTHY TRIAL FUND($ 10.00)

| 11-26-2007 | SMF | - | | 65435001 | Nov 26 2007 11:44:50:660AM | OSCN\DimitaFarmer | Realized | $ 10.00 |

SUMMONS FEE (CLERKS FEE)-2($ 10.00)

| 11-26-2007 | SMIP | - | | 65435002 | Nov 26 2007 11:44:55:640AM | OSCN\DimitaFarmer | Realized | $ 0.00 |

SUMMONS ISSUED - PRIVATE PROCESS SERVER-2

| 11-26-2007 | TEXT | - | | 65434990 | Nov 26 2007 11:44:22:487AM | OSCN\DimitaFarmer | - | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE SHALLCROSS, DEBORAH C. TO THIS CASE.

| 11-26-2007 | ACCOUNT | - | | 65435023 | Nov 26 2007 11:45:15:710AM | OSCN\DimitaFarmer | - | $ 0.00 |

RECEIPT # 2007-1362485 ON 11/26/2007.
PAYOR: BOONE SMITH DAVIS TOTAL AMOUNT PAID: $ 217.30.
LINE ITEMS:
CJ-2007-7863: $160.00 ON AC01 CLERK FEES.
CJ-2007-7863: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT.
CJ-2007-7863: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2007-7863: $1.30 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2007-7863: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2007-7863: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.
CJ-2007-7863: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2007-7863: $10.00 ON AC81 LENGTHY TRIAL FUND.

| 11-27-2007 | S | - | YONCE, DONALD C | 65456313 | Nov 28 2007 10:57:08:383AM | OSCN\CheriBeck | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON DONALD C. YONCE,
PERSONAL SERVICE, ON 11-26-07 BY PROCESS SERVER
📄 *Document Available at Court Clerk's Office (#1006007084)*

| 11-27-2007 | APLI | - | ROGERS, BRIAN K | 65462117 | Nov 28 2007 9:35:36:097AM | OSCN\PatriciaLawson | - | $ 0.00 |

PLAINTIFF'S APPLICATION FOR LEAVE TO ISSUE SUBPOENA FOR PRODUCTION FO
DOCUMENTS, // CERTIFICATE OF SERVICE
📄 *Document Available at Court Clerk's Office (#1006005134)*

| 11-30-2007 | CTFREE | - | | 65496303 | Nov 30 2007 3:20:22:503PM | OSCN\BettySteward | - | $ 0.00 |

SHALLCROSS, DEBORAH; GRANTED/ORDER; PLAINTIFF GRANTED LEAVE TO ISSUE
SUBPOENA FOR PRODUCTION OF DOCUMENTS;

| 11-30-2007 | O | - | | 65498595 | Dec 3 2007 8:47:21:837AM | OSCN\PatriciaLawson | - | $ 0.00 |

ORDER // ( SEE ENTRY ABOVE)
📄 *Document Available at Court Clerk's Office (#1006100927)*

| 12-03-2007 | S | - | SOLARWINDS NET INC | 65511378 | Dec 4 2007 8:43:58:817AM | OSCN\CarolynCarter | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON SOLARWINDS NET LLC, C/O THE CORPORATION COMPANY, SIGNED BY STEPHANIE ? ON 11-29-07 BY CERTIFIED MAIL

📧 *Document Available at Court Clerk's Office (#1006101619)*

---

| 12-03-2007 O | - | 65511407 | Dec 4 2007 8:45:07:180AM | OSCN\CarolynCarter | - | $ 0.00 |

ORDER (PLTF GRANTED LEAVE TO ISSUE SUBPOENA) / CERTIFICATE OF SERVICE

📧 *Document Available at Court Clerk's Office (#1006101615)*

---

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| YONCE, DONALD C | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| ROGERS, BRIAN K | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| SOLARWINDS NET INC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 217.30 | $ 217.30 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 217.30 | $ 217.30 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at December 14, 2007 15:53 PM

End of Transmission.

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

DEC 14 2007

Joanne Olmstead

Deputy

**IN THE DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA**

2007 DEC -3 PM 12:00

SALLY HOWE SMITH
COURT CLERK

FILED

DEC 0 3 2007

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| BRIAN K. ROGERS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONALD C. YONCE, and | ) |
| SOLARWINDS.NET, INC., | ) |
| an Oklahoma corporation, | ) |
| | ) |
| Defendants. | ) |

Case No. CJ-2007-07863
(Judge Deborah C. Shallcross)

DISTRICT COURT
FILED

NOV 3 0 2007

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

**ORDER**

There comes before the Court Plaintiff's Application For Leave To Issue Subpoena For Production of Documents to David A. Yonce, and the Court, for good cause shown, hereby grants said Application.

IT IS THEREFORE ORDERED, that Plaintiff Ryan K. Rogers is hereby granted leave to issue the Subpoena For Production of Documents (a copy of which was attached to Plaintiff's Application as Exhibit "1") to David A. Yonce.

DATED this _30_ day of _Nov._, 2007.

**DEBORAH C. SHALLCROSS**
_____
DISTRICT JUDGE

Presented by:

Gerald L. Hilsher, OBA #4218
John A. Burkhardt, OBA #1336
Boone, Smith, Davis, Hurst & Dickman
500 ONEOK Plaza, 100 West 5th Street
Tulsa, OK 74103
(918) 587-0000 (ph)
(918) 599-9317 (fax)

Attorneys for Plaintiff, Brian K. Rogers



## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2007, I mailed a true and correct copy of the foregoing **Order** re: Plaintiff's Application For Leave For Issuance of Subpoena For Production of Documents, with proper postage thereon fully prepaid, to:

> Donald C. Yonce
> 6206 E. 105th Street
> Tulsa, OK 74137-7096
>
> SolarWinds.Net, Inc.
> c/o The Corporation Company (Registered Service Agent)
> 120 N. Robinson, Suite 735
> Oklahoma City, OK 73102

John A. Burkhardt

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

DEC 1 4 2007

By _____ Deputy



# IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

BRIAN K. ROGERS,                           )
                                           )
    Plaintiff,               )   2007 DEC -3 PM 4:30   CJ  2007  07863
                                           )
v.                                         )   Case No. SMITH
                                           )   SALLY HOWE SMITH
                                           )   COURT CLERK
DONALD C. YONCE, and                       )                          **DISTRICT COURT**
SOLARWINDS.NET, INC.,                      )                          **F I L E D**
an Oklahoma corporation,                   )
                                           )                          DEC 0 3 2007
    Defendants.              )
                                                         SALLY HOWE SMITH, COURT CLERK
                                                         STATE OF OKLA. TULSA COUNTY

## SUMMONS

To the Defendant: SolarWinds.Net, Inc.
                c/o The Corporation Company, Registered Agent
                120 N. Robinson, Suite 735
                Oklahoma City, OK 73102

       You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorneys for the Plaintiffs. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

       Issued this _26_ day of _Nov_, 2007.

                                  SALLY HOWE SMITH, Court Clerk

(SEAL)
                                By: _____
                                     Deputy

       This Summons and Petition were served on this _____ day of _____, 2007.

Attorneys for Plaintiff, Brian K. Rogers
Gerald L. Hilsher, OBA #4218
John A. Burkhardt, OBA #1336
Boone, Smith, Davis, Hurst & Dickman
500 ONEOK Plaza, 100 West 5th Street
Tulsa, OK 74103
(918) 587-0000

     YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS

# RETURN OF SERVICE BY PROFESSIONAL PROCESS SERVER

STYLE: _____     CASE NUMBER: CJ 2007 07863 _____

REQUEST FOR SERVICE RECEIVED FROM: _____

I, being duly sworn, certify that on the _____ day of _____, 2007, I received the foregoing:

> Summons w/Petition or Complaint
> Temporary Restraining Order
> Garnishment
> Subpoena w/check for Witness fees
> Affidavit/order
> Notice/motion: _____
> Citation/hearing on assets
> Forcible entry/detainer
> Other: _____

and served the same according to law in the following manner.

**Personal Service**

1.  by delivering a true copy of said process personally to _____ at _____
    Date: _____
    by delivering a true copy of said process personally to _____ at _____
    Date: _____

**Usual Place of Residence**

2.  by leaving a copy of said process for _____ at _____
    which is his/her usual place of residence with _____, a resident/family
    member, fifteen years of age or older, on _____
    by leaving a copy of said process for _____ at _____
    which is his/her usual place of residence with _____, a resident/family
    member, fifteen years of age or older, on _____

**Corporation/Partnership, etc.**

3.  by delivering a true copy of said process to _____ at _____,
    he/she/it, being the service agent, agent in charge, an officer, or partner of said corporation or entity (such as
    a City, County agency, etc.) on _____

**Posted Service**

4.  by affixing a true copy of said process to the premises located at _____ which is
    in the possession of the defendant, to wit: _____ on _____

**Service by Mail**

5.  by mailing a true copy of said process to SolarWinds.Net, LLC at c/o The Corporation Company - 120 N.
    Robinson, Suite 735, Oklahoma City, OK 73102 on November 26, 2007 by certified mail, restricted delivery,
    return receipt requested.  (See Attached).

**Not Found**

6.  I certify that the said process on the following named WAS NOT SERVED for reasons stated: _____
    _____

**Other Information**
Said service of process made pursuant to
        Oklahoma State Law,
        Federal Law, to wit: _____

Notes                                  By _____
                                          **John A. Burkhardt**

        Subscribed and sworn to before me this 3rd day of December, 2007.

My Commission Expires: _____
                                          Notary Public

(SEAL)

DEBRA ROSE
NOTARY PUBLIC
05006926
EXPIRES
7-26-09
STATE OF OKLAHOMA

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

5399.1 (JAB)

| Postage | $ | 1.82 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | 4.10 |
| Total Postage & Fees | $ | 10.72 |

Sent To SolarWinds.net, LLC
Street, Apt. No.; c/o The Corporation Company
or PO Box No. 120 N Robinson, #735
City, State, ZIP+4 Oklahoma City, OK 73102

PS Form 3800, June 2002                    See Reverse for Instructions

7005 1160 0000 9655 0849

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( *Printed Name* )  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3

1. Article Addressed to:

SolarWinds.Net, LLC
c/o The Corporation Company
120 N. Robinson, Suite 735
Oklahoma, OK 73102

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

DEC 14 2007

By _____  Deputy

```
*1006100927*
```

## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

2007 NOV 30  PM 4: 38

SALLY HOWE SMITH
COURT CLERK

| | |
|---|---|
| BRIAN K. ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CJ-2007-07863 |
| | )   (Judge Deborah C. Shallcross) |
| DONALD C. YONCE, and | ) |
| SOLARWINDS.NET, INC., | ) |
| an Oklahoma corporation, | ) |
| | ) |
| Defendants. | ) |

DISTRICT COURT

# F I L E D

NOV 3 0 2007

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA: TULSA COUNTY

### ORDER

There comes before the Court Plaintiff's Application For Leave To Issue Subpoena For

Production of Documents to David A. Yonce, and the Court, for good cause shown, hereby

grants said Application.

IT IS THEREFORE ORDERED, that Plaintiff Ryan K. Rogers is hereby granted leave to

issue the Subpoena For Production of Documents (a copy of which was attached to Plaintiff's

Application as Exhibit "1") to David A. Yonce.

DATED this ⌣ O day of ∧Ͻ 0 ∪ , 2007.

DISTRICT JUDGE

Presented by:

Gerald L. Hilsher, OBA #4218
John A. Burkhardt, OBA #1336
Boone, Smith, Davis, Hurst & Dickman
500 ONEOK Plaza, 100 West 5th Street
Tulsa, OK 74103
(918) 587-0000 (ph)
(918) 599-9317 (fax)

Attorneys for Plaintiff, Brian K. Rogers

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma,
hereby certify that the foregoing is a true, correct and full
copy of the instrument herewith set out as appears on record
in the Court Clerk's Office of Tulsa County, Oklahoma, this

DEC 1 4 2007

By _____ Deputy



**IN THE DISTRICT COURT OF TULSA COUNTY**
**STATE OF OKLAHOMA**

BRIAN K. ROGERS,　　2007 NOV 27 PM 3: 09

　　　　　Plaintiff,　　SALLY HOWE SMITH
　　　　　　　　　　　　COURT CLERK

v.

DONALD C. YONCE, and
SOLARWINDS.NET, INC.,
an Oklahoma corporation,

　　　　　Defendants.

Case No. CJ-2007-07863
(Judge Deborah C. Shallcross)

**DISTRICT COURT**
# FILED

NOV 2 7 2007

**SALLY HOWE SMITH, COURT CLERK**
**STATE OF OKLA, TULSA COUNTY**

### PLAINTIFF'S APPLICATION FOR LEAVE TO
### ISSUE SUBPOENA FOR PRODUCTION OF DOCUMENTS

Plaintiff Brian K. Rogers ( "Rogers"), by and through his undersigned counsel of record,

hereby applies for leave to issue a subpoena for the production of documents pursuant to 12

Okla. Stat. §2004.1A.5 to David A. Yonce (a copy of which is attached hereto as Exhibit "1").

In support of this Application For Leave, Plaintiff states as follows:

1.　　　The above-named person is, or recently has been, closely associated with

Defendant Solarwinds.Net because he is a current or former employee, officer, or part-owner of

Defendant SolarWinds.Net, Inc. during some portion of the period of time covered by the

allegations in Plaintiff's Petition.  Accordingly, it is expected that David A. Yonce is likely to

have custody, possession, control, or access to records or documents that would be relevant to

the claims asserted by Plaintiff Rogers in the instant case.

2.　　　The document subpoena will allow the subpoenaed person at least forty-five (45)

days in which to produce the requested records.  Consequently, both Defendants, Donald C.

Yonce and SolarWinds.Net Inc. (who are expected to be served promptly following the filing of

the Petition), will have adequate opportunity to be heard, if they should so choose, prior to the

due date for the document production pursuant to the document subpoena.

WHEREFORE, Plaintiff Rogers respectfully requests that he be granted leave to issue the

document subpoena, a copy of which is attached hereto as Exhibit "1".

Respectfully submitted,

Gerald L. Hilsher, (OBA #4218)
John A. Burkhardt, (OBA #1336)
BOONE, SMITH, DAVIS, HURST & DICKMAN
500 ONEOK Plaza
100 West 5th Street
Tulsa, OK 74103-4288
Telephone (918) 587-0000
Facsimile (918) 599-9317

Attorney for Plaintiff Brian K. Rogers

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the ___27ᵗʰ___ day of November, 2007, I mailed a true and correct copy of the foregoing Plaintiff's Application For Leave For Issuance of Subpoena For Production of Documents, with proper postage thereon fully prepaid, to:

> Donald C. Yonce
> 6206 E. 105th Street
> Tulsa, OK 74137-7096
>
> SolarWinds.Net, Inc.
> c/o The Corporation Company (Registered Service Agent)
> 120 N. Robinson, Suite 735
> Oklahoma City, OK 73102

John A. Burkhardt

3

## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

BRIAN K. ROGERS,                           )
                                           )
            Plaintiff,                     )
                                           )
v.                                         )      Case No. _____
                                           )
DONALD C. YONCE, and                       )
SOLARWINDS.NET, INC.,                      )
an Oklahoma corporation,                   )
                                           )
            Defendants.                    )

## SUBPOENA DUCES TECUM

TO:   **DAVID A. YONCE**
      13339 E. 137th Street
      Broken Arrow, OK 74011-7434

GREETINGS:

        In connection with the above-captioned lawsuit, you are hereby commanded to make available at the offices of Boone, Smith, Davis, Hurst & Dickman, 100 West Fifth St., Suite 500, Tulsa, Oklahoma, on January 18, 2008, at 10:00 a.m., all documents and records described on Exhibit "A" attached hereto for inspection and copying by Plaintiff.   Hereof fail not under penalty of law.

        In witness whereof, I have hereunto set my hand as an attorney authorized to practice law in the State of Oklahoma this _____ day of _____, 2007.


                           _____
                           Gerald L. Hilsher, OBA #4218
                           John A. Burkhardt,  OBA #1336
                           BOONE, SMITH, DAVIS, HURST & DICKMAN
                           500 Oneok Plaza, 100 West Fifth Street
                           Tulsa, Oklahoma 74103
                           (918) 587-0000 (ph)
                           (918) 599-9317 (fax)

                           Attorneys for Plaintiff Brian K. Rogers
                               **EXHIBIT "1"**

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that on the _____ of _____, 2007, a true and correct copy of the above and foregoing instrument was mailed by certified mail, restricted delivery, return receipt requested, with proper postage thereon prepaid to:

>DAVID A. YONCE
>13339 E. 137th Street
>Broken Arrow, OK 74011-7434


_____
John A. Burkhardt

**EXHIBIT "A"**

**A.     Definitions and Instructions**

1.     As used in this request, the terms "record(s)" or "document(s)" has the same meaning as in 12 Okla. Stat. §3234A, and also include but are not limited to all written, typed, printed, recorded, drawn or diagrammed, graphic or photographic material, and audio or video reproduction tapes, or other devices, however produced or reproduced, including: agreements, communications, books, records, invoices, ledgers, journals, accounts, memoranda, stenographic or handwritten notes, letters, e-mail, notices, telegrams, transcripts, diaries, calendars, contracts, opinions, studies, publications, analyses, summaries, messages, correspondence, reports, surveys, statistical compilations, records of telephone conversations, records of personal conversations or interviews, records of meetings or conferences, graphs, notebooks, plans, drawings, sketches, maps, reports of investigations or negotiations, photographs, tapes, motion picture film, videotapes, brochures, pamphlets, advertisements, circulars, data processing cards, computer tapes or printouts, press releases, drafts, work papers, any marginal comments appearing on any writing or copy thereof, and all other writings and recordings of any kind, whether kept or stored in paper, tape, disk, electronic, or other type of format.

2.     As used in this request, the term "persons" means any individual, firm, proprietorship, corporation, association, or any other type of organization or entity.

3.     As used in this request, the terms "you" or "your" mean David A. Yonce, his spouse, and/or all partners, managers, officers, employees, directors, agents or representatives, and all other persons acting or whom you believe to have acted on behalf of David A. Yonce.

4.     As used in this request, a document "relating to" or "concerning" a given subject means any document constituting or comprising that subject, and any document identifying, referring to, dealing with, commenting upon, describing, summarizing, analyzing, explaining, detailing, outlining, defining, interpreting or pertaining to that subject.

5.     As used in this request, "communication" means any oral statement, dialogue, colloquy, discussion or conversation, and also means any transfer of thoughts or ideas between persons by means of documents, and includes any transfer of data from one location to another by electronic or similar means.

6.     Unless otherwise set forth in a specific document request, the documents requested include all documents created within the time period September 1, 2001, through the date of your production of documents and records responsive to these requests.

7.     The documents requested shall be produced pursuant to 12 Okla. Stat. §2004.1.D.1, i.e., as they are kept in the usual course of business or shall be organized and labeled to correspond with the categories in the request.

8.     Your response shall state, with respect to each item or category, that inspection and related activities shall be permitted as requested, unless the request is objected to, in which

event the reasons for objection shall be stated. If objection is made to part of an item or category, the part shall be specified.

9.     This request is intended to be deemed continuing in character, so as to request you to properly amend or supplement your response if you obtain further material information.

10.     If any document is withheld for any reason, including but not limited to any alleged claim of privilege, confidentiality or trade secret, or for any other reason or objection, please provide a description of the document being withheld which includes the following:

      (a)    The date of the document;
      (b)    The author of the document;
      (c)    The recipient of the document;
      (d)    All persons to whom copies of the document have been furnished;
      (e)    The subject matter of the document;
      (f)    The file in which the document is kept in the normal course of business;
      (g)    The current custodian of the document; and
      (h)    The nature of the privilege or other reason for not producing the document and sufficient description of the facts surrounding the contents of the document to justify withholding the document under said privilege or reason.

11.     If any document responsive to this request was, but is no longer in your possession, custody or control, or in existence, state whether it (1) is missing or lost; (2) has been destroyed; (3) has been transferred voluntarily or involuntarily to others; or (4) has been otherwise disposed of, and in each instance explain the circumstances surrounding the authorization of such disposition and state the date or approximate date thereof.

**B.**     **Requested Documents**

Pursuant to the Definitions and Instructions set forth above, please provide the following records and documents:

1.     All documents that pertain to Plaintiff Brian K. Rogers, or to any representations, issues, claims or controversies relating to Brian K. Rogers since January 1, 1999.

2.     All documents that reference or relate to any issues or claims, or potential issues or claims involving any other employees (or former employees) of SolarWinds.Net arising from or relating to the transfer or sale of any part of the ownership of SolarWinds.Net since January 1, 2005.

3.     All documents that reference or relate to the interests, actions or involvement of Donald Yonce or David Yonce with SolarWinds.Net since January 1, 1999.

4.    All documents that reference or relate to any transfer or sale of any part of the ownership of SolarWinds.Net since January 1, 2005.

5.    All documents that reference or relate to any aspect of the ownership of any software that SolarWinds has licensed or sold to others since January 1, 2001.

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

DEC 1 4 2007

By _____
                    Deputy



# IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| **BRIAN K. ROGERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. CJ 2007 07863 |
| | ) | |
| **v.** | ) | Judge: _____ |
| | ) | |
| **DONALD C. YONCE, and** | ) | Designated Process Server |
| **SOLARWINDS.NET, INC.,** | ) | Scott Malan, PS #2004-80 |
| **an Oklahoma corporation,** | ) | |
| | ) | By _____ |
| **Defendants.** | ) | John A. Burkhardt, OBA #1336 |

**DISTRICT COURT**

# F I L E D

NOV 2 7 2007

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## <u>SUMMONS</u>

To the Defendant: Donald C. Yonce
6206 E. 105th Street
Tulsa, OK 74137-7096

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorneys for the Plaintiffs. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this _26_ day of November, 2007.

SALLY HOWE SMITH, Court Clerk

[SEAL]                                      By _____
                                                 Deputy

Attorneys for Plaintiff, Brian K. Rogers:
Gerald L. Hilsher, OBA #4218
John A. Burkhardt, OBA #1336
Boone, Smith, Davis, Hurst & Dickman
500 ONEOK Plaza, 100 West 5th Street
Tulsa, OK 74103
(918) 587-0000

**YOU MAY SEEK THE ADVICE OF ANY ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS**

# AFFIDAVIT OF SERVICE

**State of OKLAHOMA**                    **County of TULSA**                    **District Court**

Case Number: CJ-2007-07863        5399.01

Plaintiff:
**BRIAN K. ROGERS**

vs.

Defendant:
**DONALD C. YONCE and SOLARWINDS.NET, INC., an oklahoma corporation**

**DISTRICT COURT**
# FILED

NOV 2 7 2007

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

For:
BOONE, SMITH, DAVIS, HURST, & DICKMAN
100 W 5th Street #500
Tulsa, OK  74103

Received by Malan Investigations on the 26th day of November, 2007 at 5:54 pm to be served on **DONALD C. YONCE, 6206 E 105TH STREET, TULSA, OK 74137**.

I, SCOTT MALAN, being duly sworn, depose and say that on the **26th day of November, 2007** at **8:20 pm, I**:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Petition** with the date and hour of service endorsed thereon by me, to: **DONALD C. YONCE** at the address of: **6206 E 105TH STREET, TULSA, OK 74137**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

DEC 1 4 2007

By _____
            Deputy

**SCOTT MALAN**
PSS # 2004-80

**Malan Investigations**
**P.O. Box 50455**
**Tulsa, OK  74150**
**(918) 636-2359**

Subscribed and Sworn to before me on the 26th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC                    Notary Public
                                 State of Oklahoma
                                 KRISTI MALAN
                                 TULSA COUNTY
                                 COMMISSION #05001941
                                 Comm. Exp. 02-23-2009

Our Job Serial Number: 2007003599
Ref: 5399.01

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f